## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| KENNEDY MINNIFIFELD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )    Case Number: 2:16-cv-00748-RDP-JHE |
| | ) |
| WARDEN TONY and | ) |
| THE ATTORNEY GENERAL FOR | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## ORDER

On May 6, 2016, Petitioner Kennedy Minnifield, being a person in custody under a judgment of a court of Alabama, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). Because the petition was incomplete, the undersigned ordered the petitioner to file an amended habeas petition and clarify the conviction being challenged. (Doc. 2). On May 18, 2016, the court received the petitioner's completed § 2254 petition marked "Amended Petition" as instructed, (doc. 5), and the petitioner's motion for appointment of counsel, (doc. 6).

Thereafter, on May 26, 2016, the court received a civil complaint from the petitioner. (Doc. 7). Although the underlying facts are similar, this civil complaint request monetary damages as opposed to habeas relief. (*See id.*). Furthermore, it did not contain an open case number or state it was an amendment, as the previous amended petition did. (*See id.*). This complaint was inadvertently docketed as an amended petition in this habeas action; however, it is clear from the petition that it does not seek habeas relief. (*See id.*). Accordingly, document 7 is **STRICKEN**, and the Clerk is **DIRECTED** to open a new § 1983 civil case for this complaint.

DONE this 15th day of June 2016.

                                                                                **JOHN H. ENGLAND, III**
                                                                                UNITED STATES MAGISTRATE JUDGE